1  Joel L. McNabney (*admitted pro hac vice*)
   **CLYDE & CO US LLP**
2  1221 Brickell Avenue, Suite 1600
   Miami, Florida 33131
3  Phone: (305) 446-2646
4  Fax: (305) 441-2374
   joel.mcnabney@clydeco.us.
5
   Jasmina Richter/Bar No. 024180
6  **SANDERS & PARKS, P.C.**
   3030 North Third Street, Suite 1300
7  Phoenix, AZ  85012-3099
8  Direct Phone: (602) 532-5779
   Direct Fax: (602) 230-5035
9  jasmina.richter@sandersparks.com

10 *Attorneys for Plaintiff James River Insurance Company*

11

12                **UNITED STATES DISTRICT COURT**

13            **FOR THE DISTRICT OF ARIZONA**

14 James River Insurance Company,              Case No.:  CV-20-1052-PHX-DGC

15                 Plaintiff,                  **PLAINTIFF'S RESPONSE TO**
                                               **DEFENDANTS' MOTION TO**
16 v.                                          **DISMISS AND ALTERNATIVE**
                                               **MOTION FOR SUBSTITUTION**
17                                             **OF DEFENDANTS**
   Phillip E. Gear, M.D.; Just for Kids, P.L.C.
18
                   Defendants.
19

20       Plaintiff, JAMES RIVER INSURANCE COMPANY ("James River"), responds to

21 Defendants', PHILLIP E. GEAR, M.D. and JUST FOR KIDS, P.L.C. (together,

22 "Defendants"), motion to dismiss or, in the alternative, motion to substitute parties (D.E.

23 15). Defendants have agreed to be bound by the outcome of this coverage action.

24 Accordingly, as it pertains to the motion to dismiss, <u>James River does not oppose the

25 dismissal of Defendants from this action, without prejudice</u>. As it pertains to the motion

26 to substitute parties, James River submits the motion is moot, as Wendee Thompson,

27 Mildred Salter, and Joseph Thompson have moved to intervene, which James River does

28 not oppose.

**RESPECTFULLY SUBMITTED** this 17th day of September, 2020.

/s/JOEL MCNABNEY
**JOEL L. MCNABNEY** (*admitted pro hac vice*)
Florida Bar No. 106507
joel.mcnabney@clydeco.us

Clyde & Co US LLP
1221 Brickell Avenue
Suite 1600
Miami, Florida 33131
T: 305.446.2646

and

Jasmina Richter/Bar No. 024180
SANDERS & PARKS, P.C.
3030 North Third Street, Suite 1300
Phoenix, AZ 85012-3099
Direct Phone: (602) 532-5779
jasmina.richter@sandersparks.com
*Attorneys for Plaintiff James River*
*Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF on this 17th day of September, 2020 on all counsel or parties of record on the Service List below.

/s/JOEL MCNABNEY
**JOEL L. MCNABNEY**

## SERVICE LIST

Kevin C. Barret, Esquire
Email: kbarrett@barrettmatura.com
Barrett & Matura, P.C.
8925 E. Pima Center Parkway
Suite 215
Scottsdale, AZ 85258
Telephone: (602) 792-5705
Facsimile: (602) 792-5710
*Attorneys for Defendants Phillip E.*
*Gear, M.D. and Just for Kids, P.L.C.*

John A. Michaels, Esquire
Email: jam@bmsslaw.com
David S. Shughart, Esquire
Email: dshughart@bmsslaw.com
Beale, Michaels, Slack & Shughart
7012 North 18th Street
Phoenix, Arizona 85020
Telephone: (602) 285-1444
*Attorneys for Intervenors Wendee Thompson,*
*Mildred Salter, and Joseph Thompson*